FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 28 A 10 20

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

RICHARD SORTO, ARGELIA SORTO, and CANDELARIO SORTO,

    Plaintiffs,

vs.

SALEM CARRIERS, INCORPORATED, and LARRELL C. WALKER,

    Defendants.

CIVIL ACTION NO.: CV205-152

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of Nick C. Nichols, Attorney at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. (Doc. 9.)

It appears to the Court that said attorney is not a resident of this district, is a member in good standing of the bar of the United States District Court for the Southern District of Texas, and does not maintain an office in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

**SO ORDERED**, this 28th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

James B. Durham
William M. McHugh
Nick Nichols
Sean Roberts

CASE NO:    CV205-152

DATE SERVED: 7/28/95

SERVED BY:   Nita Rose

☐   Copy placed in Minutes
☐   Copy given to Judge
☐   Copy given to Magistrate