IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD SORTO, ARGELIA SORTO, and CANDELARIO SORTO,

    Plaintiffs,

vs.

LARRELL C. WALKER, SALEM CARRIERS, INCORPORATED, SALEM HOLDING COMPANY, and GREAT WEST CASUALTY COMPANY,

    Defendants.

CIVIL ACTION NO.: CV205-152

## ORDER

Defendant Larrell C. Walker filed a Motion to Quash or, in the Alternative for Protective Order. He sought an order quashing Plaintiff's January 18, 2006 subpoenas for his personnel records from various employers. In the alternative, Defendant Walker asked for a Protective Order. Plaintiffs have filed a response withdrawing these subpoenas. Accordingly, Defendant Walker's Motion to Quash or, in the Alternative, for Protective Order is moot, and it is **dismissed**.

SO ORDERED, this 10th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)