**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

RICHARD SORTO, ARGELIA SORTO,                    :
and CANDELARIO SORTO,                             :
                                                 :
        Plaintiffs,                              :
                                                 :
    vs.                                      :       CIVIL ACTION NO.: CV205-152
                                                 :
LARRELL C. WALKER, SALEM                         :
CARRIERS, INCORPORATED,                          :
SALEM HOLDING COMPANY,                           :
and GREAT WEST CASUALTY                          :
COMPANY,                                         :
                                                 :
        Defendants.                              :

## O R D E R

      Defendants Salem Carriers, Incorporated, Salem Holding Company, and Great West Casualty Company have filed a Motion to Compel Independent Neuropsychological Examination of Plaintiff Richard Sorto.  Plaintiffs have filed a response.  After review, said Defendants' Motion to Compel Independent Neuropsychological Examination of Plaintiff Richard Sorto is **GRANTED**.  Plaintiff Richard Sorto is directed to submit to neuropsychological testing by Defendants' expert, Dr. Mark Brooks, under appropriately controlled circumstances with only Dr. Brooks and Richard Sorto present.  Video recording of such testing will be prohibited.

      **SO ORDERED**, this _____ day of May, 2006.

                                JAMES E. GRAHAM
                                UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)