FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 13 A 10: 55

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD SORTO, ARGELIA SORTO,
and CANDELARIO SORTO,

  Plaintiffs,

vs.            CIVIL ACTION NO.: CV205-152

LARRELL C. WALKER and SALEM
CARRIERS, INCORPORATED,

  Defendants.

## ORDER

  Defendant Salem Carriers, Incorporated ("Salem") has filed a Motion to Compel Responses to Discovery seeking to have Plaintiff Argelia Sorto respond to discovery requests. (Doc. 54.) Plaintiff Argelia Sorto has filed a response to the Motion to Compel. Salem seeks an order compelling Argelia Sorto to respond to its Second Interrogatories and Requests for Production of Documents. Argelia Sorto asserts that, after the filing of the motion to compel, she served supplemental responses to Salem's Second Interrogatories and Requests for Production of Documents. Argelia Sorto asserts that she has now fully responded to said discovery, with the exception of Interrogatory number 16 and Request for Production number 18. Based upon that representation, those portions of each Motion to Compel seeking further response to the Second Interrogatories and Requests for Production to which supplemental responses have been served, are **DISMISSED** at this time. If Salem believes that the responses to these Interrogatories and Requests for Production remain incomplete, it may file a new Motion to Compel.

AO 72A
(Rev. 8/82)

The objections made by Argelia Sorto to Interrogatory number 16 and Request for Production number 18 are well taken. That Interrogatory and Request for Production are overly broad and unduly burdensome, and Argelia Sorto has no obligation to respond to either that Interrogatory or that Request for Production. Accordingly, Salem's Motion to Compel Argelia Sorto to respond to that Interrogatory and that Request for Production is **DENIED**.

**SO ORDERED**, this 13th day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)