IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD SORTO, ARGELIA SORTO,
and CANDELARIO SORTO,

    Plaintiffs,

vs.

LARRELL C. WALKER and SALEM
CARRIERS, INCORPORATED,

    Defendants.

CIVIL ACTION NO.: CV205-152

## ORDER

Defendant Salem Carriers, Incorporated ("Salem") has filed a Motion to Compel Responses to Discovery seeking to have Plaintiff Richard Sorto respond to discovery requests. (Doc. 52.) Plaintiff Richard Sorto has filed a response to the Motion to Compel. Salem seeks an order compelling Richard Sorto to respond to its Second Interrogatories and Requests for Production of Documents. Richard Sorto asserts that, after the filing of the motion to compel, he served supplemental responses to Salem's Second Interrogatories and Requests for Production of Documents. Richard Sorto asserts that he has now fully responded to said discovery, with the exception of Interrogatory number 17 and Request for Production number 19. Based upon that representation, those portions of each Motion to Compel seeking further response to the Second Interrogatories and Requests for Production to which supplemental responses have been served, are **DISMISSED** at this time. If Salem believes that the responses to these Interrogatories and Requests for Production remain incomplete, it may file a new Motion to Compel.

The objections made by Richard Sorto to Interrogatory number 17 and Request for Production number 19 are well taken. That Interrogatory and Request for Production are overly broad and unduly burdensome, and Richard Sorto has no obligation to respond to either that Interrogatory or that Request for Production. Accordingly, Salem's Motion to Compel Richard Sorto to respond to that Interrogatory and that Request for Production is **DENIED**.

**SO ORDERED**, this 13th day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)